435 A.2d 1321

Commonwealth v. Turner, Appellant.

Submitted November 14, 1980.   Paulette J. Balogh, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

435 A.2d 1321

Commonwealth v. Worley, Appellant.

Argued March 6, 1980.   Allen H. Smith, for appellant;  John C. Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.